# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Christian Toms<br>2771 Serene Place<br>Columbus, Ohio 43231 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  2:25-mj-151 |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___December 2024-February 2025___ in the county of ___Franklin___ in the ___Southern___ District of ___Ohio___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251 | Sexual Exploitation of a Minor |
| 18 U.S.C. §§ 2252, 2252A | Distribution/Receipt/Transportation/Possession of Child Pornography |

This criminal complaint is based on these facts:

See the attached Affidavit of HSI Special Agent Sara Sellers which is fully incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sara Sellers, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.
VIA FACETIME

Date: ___03/18/2025___

_____
*Judge's signature*

City and state: ___Columbus, Ohio___          Elizabeth A. Preson Deavers, U.S. Magistrate Judge
_____
*Printed name and title*